IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRIAN K. GRANT,<br><br>　　　　　Defendant. | 8:19CR400<br><br><br>ORDER |

　　　This matter is before the Court on the government's Motion to Dismiss (Filing No. 73). The Motion seeks dismissal of the Second Amended Petition for Offender Under Supervision (Filing No. 63) and also seeks an order terminating defendant's supervision. The Court finds that the Motion should be granted. The Second Amended Petition for Offender Under Supervision is dismissed without prejudice and the defendant's term of supervised release is terminated.

　　　IT IS SO ORDERED.

　　　Dated this 23rd day of September 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge